THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HERMAN W. MILLER, Appellant.

(Argued February 3, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department entered upon an order
made December 16, 1892, which affirmed a judgment convict-
ing defendant of the crime of assault in the second degree
entered upon a verdict of the Court of General Sessions of
the Peace in and for the city and county of New York.

*Henry Wehle* for appellant.

*Henry B. B. Stapler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.